UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00552-DB |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) ) | |
| ASA J. ROBINSON, | ) ) | DATE: April 6, 2021 TIME: 10:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00552-DB is GRANTED.

It is further ordered that the status conference scheduled on April 6, 2021, is vacated.

IT IS SO ORDERED.

Dated: March 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE